# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LUIS CARDENAS-ORNELAS,

         Plaintiff(s),

v.

WICKHAM, et al.,

         Defendant(s).

2:21-cv-00030-APG-VCF

**ORDER**

Before me is plaintiff's motion to identify the true name of defendant correctional Officer Johnson (ECF No. 42).

No opposition has been filed and the time to file an opposition has passed. Under LR 7-2(d), The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem as though defendants have consented to the granting of the instant motion.

Accordingly, and good cause appearing,

I ORDER that plaintiff's motion to identify the true name of defendant correctional Officer Johnson (ECF No. 42) is GRANTED.

I FURTHER ORDER that defendants must file with the court the name of correctional Office Johnson on or before March 16, 2022.

DATED this 2nd day of March 2022.

                                                               CAM FERENBACH
                                                               UNITED STATES MAGISTRATE JUDGE