**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LUIS CARDENAS-ORNELAS,<br><br>  Plaintiff(s),<br><br>v.<br><br>WICKHAM, et al.,<br><br>  Defendant(s). | 2:21-cv-00030-APG-VCF<br><br>**ORDER** |

Before the court is *Luis Cardenas-Ornelas v. Wickham, et al.*, case number 2:21-cv-00030-APG-VCF.

On March 2, 2022, the court ordered defendants to file the name of correctional Officer Johnson by March 16, 2022. (ECF No. 44). Defendants complied and filed a response to the Court's order. (ECF No. 45). Defendants state that without additional facts from plaintiff, they are not able to determine if Timothy Johnson is the Officer Johnson named in plaintiff's complaint.

Plaintiff has inappropriately filed a reply to ECF No. 45, in which he is requesting the court to order defendants to produce a photograph of defendant Officer Johnson.

Under LR 7-2(b), surreplies are not permitted without leave of court. Here, the court has not given plaintiff leave to file a surreply in this matter. All requests must be filed as a motion and comply with LR 7-2.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's reply to response (ECF No. 46) will be treated as motion.

1

1  IT IS FURTHER ORDERED that plaintiff's motion (ECF No. 46) will be briefed in the ordinary
2  course from the date of this order.
3  DATED this 13th day of April 2022.

4  _____
   CAM FERENBACH
5  UNITED STATES MAGISTRATE JUDGE