# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Luis Cardenas-Ornelas,<br><br>            Plaintiff,<br><br>vs.<br><br>Calvin Johnson, *et al.*,<br><br>            Defendant. | **2:21-cv-00030-ART-MDC**<br><br>**ORDER EXPEDITING BRIEFING** |

Pending before the Court is defendants' *Motion to Vacate Settlement Conference* ("Motion") (ECF No. 104). Defendants seek to vacate the order setting the settlement conference due to their interlocutory appeal. The current deadline to respond to the Motion is January 6, 2025, which is one day before the scheduled conference. The Court finds that there is good cause to order an expedited briefing. Therefore, the Court orders plaintiff to file a response to the Motion by no later than **12:00 p.m., January 3, 2025**. No reply to the response is needed.

ACCORDINGLY,

**IT IS ORDERED that** plaintiff shall file a response to the *Motion to Vacate Settlement Conference* (ECF No. 104) by no later than **12:00 p.m.**, **January 3, 2025**. No replies are needed.

DATED this December 30, 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

# NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.